**CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION**

**Case No.: 2:10CR16**           **Date: December 17, 2010**

**USA v. NEWTON ET AL**

**Defendant: James Crabtree; present; custody**     **Counsel: Brian Ely; present; Appt**

PRESENT:     Pamela Meade Sargent, United States Magistrate Judge    Time in Court: 9:38 - 9:44
               Deputy Clerk:     Ella Surber
               Court Reporter:    Ella Surber, FTR
               U. S. Attorney:     Zachary Lee
               USPO:             Ted Price

(X)     Initial Appearance.  Defendant(s) advised of charges, rights and nature of proceedings.
(X)     Defendant(s) not eligible for bond due to state sentence.

## ARRAIGNMENT

(X) Defendant waives reading of Indictment/Information     ( )Indictment/Information read

(X) Defendant is arraigned and advised of rights.

DEFENDANT PLEADS:

|   | **GUILTY** | **NOT GUILTY** | **NOL0** | **REMARKS** |
|---|---|---|---|---|
| 1. |  | All Counts |  |  |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |

(X)     Trial & PTC to be set when all counsel has been contacted.

(X)     Defendant remanded to custody.
( )     Defendant released on bond.