VIRGINIA;

At a Circuit Court begun and held for Lee County, at the Courthouse thereof, on Tuesday, the 30th day of November, in the year of our Lord two thousand and ten and in the 234th year of the Commonwealth of Virginia.

Present:    The Honorable Tammy S. McElyea, Judge of the Thirtieth Judicial Circuit of the Commonwealth of Virginia.

Commonwealth of Virginia

vs.        F10-54
           Date of Birth: 93013082
           SS# XXX-XX-6479
James Henry Crabtree

This day came the Attorney for the Commonwealth, Shawn Hines, and came the defendant, James Henry Crabtree, who was sentenced on October 7, 2010 to eight (8) years in the Virginia State Penitentiary and the Court took the matter of any suspended sentence under advisement until this date to ascertain if the defendant was eligibly for the Detention and Diversion Center Programs, and came also his attorney, Joseph Rasnic.  Upon hearing evidence from the probation officer, the Court releases the defendant from attending the Detention and Diversion Center Programs and suspends Seven (7) years of the eight year sentence for good cause shown. *This sentence is also in accordance with the parties agreed oral recommendation regarding sentencing.* (tsm)

_____ 12/6/10
Tammy S. McElyea, Judge

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Circuit Court for the County of Lee, Virginia.
Beverly Anderson, Clerk

Beverly Anderson
Date issued 05-24-2011
(SEAL)



DEFENDANT'S
EXHIBIT
_____
2:10CR16-02

Name List | Pleadings/Orders | Services | Main Menu | Logoff

### Lee County Circuit - Criminal Division
#### Case Details

| Case Number:<br>CR100F0054-00 | Filed:<br>02/01/2010 | Commenced by:<br>Indictment | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>CRABTREE, JAMES HENRY | Sex:<br>Male | Race:<br>White Caucasian (Non-Hispanic) | DOB:<br>03/13/**** |

| Address:<br>PENNINGTON GAP, VA 24277 | | | |
|---|---|---|---|

| Charge:<br>POSSESS INTENT.DIST.SCH.II | Code Section:<br>18.2-248AC | Charge Type:<br>Felony | Class:<br>5 |
|---|---|---|---|
| Offense Date:<br>10/15/2009 | Arrest Date:<br>04/07/2010 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/01/2010 | 9:00AM | Capias | | | | | Capias-Defendant Arrested |
| 2 | 02/01/2010 | 9:00AM | Grand Jury | | | | | True Bill |
| 3 | 04/12/2010 | 9:00AM | Arraignment | | | | | Continued |
| 4 | 06/02/2010 | 9:00AM | Plea | | | | | Continued Motion Of Defense |
| 5 | 07/20/2010 | 9:00AM | Trial | | | | | Continued Motion Of Defense |
| 6 | 08/03/2010 | 9:00AM | Plea | | | | | Presentence Ordered |
| 7 | 10/05/2010 | 9:00AM | Sentencing | | | | | Continued Motion Of Defense |
| 8 | 10/07/2010 | 9:00AM | Sentencing | | | | | Conviction |
| 9 | 11/30/2010 | 9:00AM | Modify Sentence | | | | | Sent |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>11/30/2010 | Concluded By:<br>Guilty Plea |
|---|---|---|
| Amended Charge:<br>DRUGS: POSSESS SCH I OR II | Amended Code Section:<br>18.2-250 | Amended Charge Type:<br>Felony |

| Jail/Penitentiary:<br>Penitentiary | Concurrent/Consecutive: | Life/Death: |
|---|---|---|
| Sentence Time:<br>8 Year(s) | Sentence Suspended:<br>7 Year(s) | Operator License Suspension Time:<br>6 Month(s) |
| Fine Amount:<br>$0.00 | Costs:<br>$1925.00 | Fines/Cost Paid:<br>Yes |
| Program Type: | Probation Type: | Probation Time: |

Virginia Courts Case Information System                                    Page 2 of 2

|  | Supervised | 5 Year(s) |
|---|---|---|
| **Probation Starts:** | **Court/DMV Surrender:** License Was Not Surrendered | **Driver Improvement Clinic:** |
| **Driving Restrictions:** | **Restriction Start Date:** | **Restriction End Date:** |
| **VA Alcohol Safety Action:** | **Restitution Paid:** | **Restitution Amount:** $0.00 |
| **Military:** | **Traffic Fatality:** No |  |

**Appealed Date:**

| Name List | Pleadings/Orders | Services | Main Menu | Logoff |